

## NUMBER 13-19-00061-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**HECTOR L. CORTEZ,**                                            **Appellant,**

**v.**

**FORD MOTOR CREDIT COMPANY, LLC,**               **Appellee.**

### On appeal from County Court at Law No. 1 of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes**
**Memorandum Opinion by Justice Perkes**

Appellant Hector L. Cortez appealed from the entry of a default judgment in favor of appellee Ford Motor Credit Company, LLC, asking the Court to reverse the judgment and remand the case for a new trial. Ford initially filed a responsive brief asking us to affirm the judgment. Ford has since filed a motion withdrawing its opposition and joining

Cortez's request for relief.   Cortez notified the Court that he is unopposed to Ford's motion.   Therefore, without considering the merits of the appeal, we grant Ford's motion, reverse the trial court's judgment, and remand the case for a new trial.   Having done so at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES<br>
Justice

Delivered and filed the
26th day of November, 2019.